**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000716**
**06-FEB-2026**
**08:03 AM**
**Dkt. 28 OAWST**

NO. CAAP-25-0000716

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

L. LINDSAY MYENI, Widow of LINDANI SANELE MYENI, Personal Representative of the Estate of LINDANI SANELE MYENI, and Limited Conservator for M.N.M. and N.L.M, minor children, Plaintiff-Appellant,
v.
CITY AND COUNTY OF HONOLULU; GARRICK OROSCO, in his individual capacity as a Honolulu police officer; BRENT K. SYLVESTER, in his individual capacity as a Honolulu police officer, Defendants-Appellees,
and
DOE OFFICER #3, in his/her individual capacity as a Honolulu police officer, and DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-21-0000504)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Appeal (**Stipulation**), filed January 16, 2026, by Plaintiff-Appellant L. Lindsay Myeni, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule

42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own fees and costs on appeal; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, February 6, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge